JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jessica Brown

**DEFENDANTS**
Offer Web, LLC,
a Foreign Limited Liability Company

**(b)** County of Residence of First Listed Plaintiff   Broward
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Broward
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert S. Norell, P.A., 300 NW 70 Avenue, Suite 305, Plantation, FL, 33317, (954) 617-6017

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

❏ 2  U.S. Government Defendant

❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**          **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane        ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product              Product Liability |  |  | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | Liability        ❏ 367 Health Care/ |  | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel &              Pharmaceutical | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | Slander              Personal Injury | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 330 Federal Employers'              Product Liability        Liability        ❏ 368 Asbestos Personal | | ❏ 840 Trademark | ❏ 460 Deportation         ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 340 Marine              Injury Product        ❏ 345 Marine Product              Liability | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | Liability        **PERSONAL PROPERTY** | ☒ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 350 Motor Vehicle        ❏ 370 Other Fraud | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 355 Motor Vehicle        ❏ 371 Truth in Lending | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Product Liability        ❏ 380 Other Personal | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
|  | ❏ 360 Other Personal              Property Damage        Injury        ❏ 385 Property Damage | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
|  | ❏ 362 Personal Injury -              Product Liability        Medical Malpractice | ❏ 791 Employee Retirement Income Security Act | | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**          **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights        **Habeas Corpus:** |  | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting        ❏ 463 Alien Detainee |  | ❏ 871 IRS—Third Party 26 USC 7609 |  |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment        ❏ 510 Motions to Vacate |  |  | ❏ 950 Constitutionality of State Statutes |
| ❏ 240 Torts to Land | ❏ 443 Housing/              Sentence |  |  |  |
| ❏ 245 Tort Product Liability | Accommodations        ❏ 530 General |  |  |  |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -        ❏ 535 Death Penalty | **IMMIGRATION** |  |  |
|  | Employment        **Other:** | ❏ 462 Naturalization Application |  |  |
|  | ❏ 446 Amer. w/Disabilities -        ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions |  |  |
|  | Other        ❏ 550 Civil Rights |  |  |  |
|  | ❏ 448 Education        ❏ 555 Prison Condition |  |  |  |
|  | ❏ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ❏ 2 Removed from State Court  ❏ 3 Remanded from Appellate Court  ❏ 4 Reinstated or Reopened  ❏ 5 Transferred from Another District *(specify)*  ❏ 6 Multidistrict Litigation - Transfer  ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C sec 206 &  207
Brief description of cause:
Unpaid Minimum wage & Unpaid Overtime

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☒ Yes     ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*        JUDGE                           DOCKET NUMBER

DATE
August 15, 2018

SIGNATURE OF ATTORNEY OF RECORD
S/Robert S. Norell

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE